**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

IN THE MATTER OF:

**MARSHAL D. MORGAN
U.S. MAGISTRATE JUDGE**

**MISC. NO. 25-033 (MDM)**

**STANDING ORDER REGARDING RECUSALS**

The undersigned Magistrate Judge hereby anticipatorily disqualifies himself from any proceeding or case being handled by the following attorneys or involving the following entities:

1. AUSA Dennise N. Longo Quiñones;

2. Juan Matos De Juan, Esq.;

3. Fernando Longo Quiñones, Esq.;

4. Any partner or associate from the law firm of Berrios & Longo Law Offices, P.S.C.;

5. Any case handled by the Civil Division of the United States Attorney's Office for the District of Puerto Rico while AUSA Dennise Longo Quiñones holds the position of Chief of that Division.

The Clerk is to take notice of the above.

**IT IS SO ORDERED**.

In San Juan, Puerto Rico, this 21st day of January 2025.

s/Marshal D. Morgan
MARSHAL D. MORGAN
UNITED STATES MAGISTRATE JUDGE